183 So. 460

### ANDALUSIA MOTOR CO. v. H. L. MULLINS.

#### 4 Div. 38.

Supreme Court of Alabama.
June 9, 1938.

Rehearing Denied Oct. 6, 1938.

E. O. Baldwin, of Andalusia, for petitioner.

Whaley & Whaley, of Andalusia, opposed.

THOMAS, Justice.

Petition of Andalusia Motor Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Andalusia Motor Co. v. Mullins, 183 So. 456.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.